UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JANE WINGATE, | CASE NO. 2:19-CV-02494-TLN-CKD |
| Plaintiff, | ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY UPON DEATH OF PLAINTIFF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a) |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

In response to plaintiff's unopposed Motion for Substitution of Party Upon Death of Plaintiff Pursuant to Federal Rule of Civil Procedure 25(a), the court hereby GRANTS the motion (ECF No. 17) and ORDERS that plaintiff's daughter, Ali Leisel Hochberg, is hereby substituted in as plaintiff in this case.  The Clerk of Court shall revise the docket of this action to so reflect.

/////
/////
/////

IT IS SO ORDERED.

Dated:  September 23, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE