UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE WINGATE / ARI HOCHBERG,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 2:19-cv-02494-TLN-CKD<br><br><br><br>**ORDER** |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits under Titles II and XVI of the Social Security Act.

On February 2, 2021, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has filed objections, and Plaintiff has responded to the objections. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDRED that:

1. Plaintiff's motion for summary judgment (ECF No. 14) is GRANTED;

2. Defendant's cross-motion for summary judgment (ECF No. 15) is DENIED;

3. The Commissioner's decision is REVERSED;

4. This matter is REMANDED for the immediate award of benefits to Plaintiff Hochberg; and

5. The Clerk of the Court is directed to enter judgment for Plaintiff and close this case.

DATED: March 4, 2021

Troy L. Nunley
United States District Judge